# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-cr-00188-DGK-1 |
| ) | |
| DONZELL A. JONES, ) | |
| ) | |
| Defendant. ) | |

## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS

Pending before the Court are Defendant Donzell A. Jones's motion to suppress evidence (Doc. 26), Defendant's supplemental motion to suppress evidence (Doc. 27), the Government's opposition (Doc. 30), Defendant's reply suggestions (Doc. 36), U.S. Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 54), and Defendant's objections to the Report and Recommendation (Doc. 60). The Court has also reviewed the transcript from the suppression hearing (Doc. 48) and the admitted exhibits.

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, *see* L.R. 74.1(b), the Court ADOPTS the Report and Recommendation and DENIES Defendant's motion to suppress.

**IT IS SO ORDERED.**

Date: July 24, 2019         /s/ Greg Kays
                            GREG KAYS, JUDGE
                            UNITED STATES DISTRICT COURT