# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-cr-00188-DGK-1 |
| ) | |
| DONZELL A. JONES, ) | |
| ) | |
| Defendant. ) | |

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

Pending before the Court are Defendant Donzell A. Jones's pro se motion to dismiss the indictment (Doc. 51), the Government's opposition (Doc. 55), Defendant's supplemental suggestions (Doc. 68), and U.S. Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 69). Defendant did not object to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, *see* L.R. 74.1(b), the Court ADOPTS the Report and Recommendation and DENIES Defendant's motion to dismiss.

**IT IS SO ORDERED.**

Date: August 19, 2019    /s/ Greg Kays
                          GREG KAYS, JUDGE
                          UNITED STATES DISTRICT COURT