# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| **United States of America,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 18-0188-01-CR-W-DGK** |
| | ) |
| **Donzell Jones,** | ) |
| | ) |
| **Defendant.** | ) |

## <u>REPORT AND RECOMMENDATIONS</u>

Pending before the Court is yet another pro se motion to dismiss filed by Defendant Donzell Jones, ("Jones") on October 19, 2019 [Doc 119].   In his motion, Jones seeks either an order prohibiting the government from introducing into evidence the firearm he is charged with possessing, or dismissal of the indictment because he has been denied the opportunity to inspect the firearm in violation of Federal Rule of Criminal Procedure 16.   Jones' motion is without merit.

In its response the Government represents that, prior to the current trial setting of April 2020, it will allow Jones to inspect the firearm in accordance with the conditions set out in the previous ruling of this Court on October 27, 2019 [Doc. 72] wherein the Court ordered that Jones

> be allowed to physically examine the Jimenez Arm Firearm he is alleged to have possessed at a place and time designated by the United States Marshal's Service, members of the United States Marshal's Service and the Kansas City Police Depart shall be allowed to be present during the examination, the Jimenez Arms firearm shall be secured with a trigger lock or other security feature designated by the United States Marshal' Service, there shall be no ammunition present during the examination and defendant Joes shall be required to wear gloves while conducting the examination.

The Government further indicates the it "will work diligently with USMS and KCPD to allow the Jones an opportunity to inspect the firearm in the near future and in advance of trial." Doc. 126.

Accordingly, it is

**RECOMMENDED** that the Court, after making an independent review of the record and applicable law, enter an order **DENYING** the pro se motion to dismiss filed by Defendant Donzell Jones, ("Jones") on October 19, 2019 [Doc 119] .

Counsel are reminded that each has 14 days from the date of receipt of a copy of this report and recommendation to file and serve specific objections to the same. A failure to file and serve timely objections shall bar attack on appeal of the factual findings in this report which are accepted or adopted by the district judge except upon the ground of plain error or manifest injustice.

> _/s/ John T. Maughmer_
> **John T. Maughmer**
> **United States Magistrate Judge**