# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **United States of America,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 18-0188-01-CR-W-DGK |
| | ) |
| **Donzell Jones,** | ) |
| | ) |
| **Defendant.** | ) |

## REPORT AND RECOMMENDATIONS

Pending before the Court is yet another pro se motion to dismiss filed by Defendant Donzell Jones, ("Jones"). In the instant motion, Jones asserts that the Court lacks jurisdiction in this case because his right to possess a firearm was restored under Missouri law prior to the current indictment charging him with being a felon in possession of a firearm. Inasmuch as Jones unsuccessfully has argued several times that his constitutional right to possess a firearm has been restored under Missouri law prior to his arrest in this case, the Court finds it unnecessary to address this latest attempt to relitigate previously considered and denied arguments. *See,* Docs. 51, 55, 69, 81. In so doing, the Court incorporates its prior rational and recommendations in this Report and Recommendation.

Accordingly, it is

**RECOMMENDED** that the Court, after making an independent review of the record and applicable law, enter an order **DENYING** the pro se motion to dismiss filed by Defendant Donzell Jones, ("Jones") on February 19, 2020 [Doc. 146].

Counsel are reminded that each has 14 days from the date of receipt of a copy of this report and recommendation to file and serve specific objections to the same. A failure to file and serve timely objections shall bar attack on appeal of the factual findings in this report which are accepted or adopted by the district judge except upon the ground of plain error or manifest injustice.

                                                    */s/ John T. Maughmer*
                                                    **John T. Maughmer**
                                      **United States Magistrate Judge**