# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:18-CR-00188-DGK-1 |
| DONZELL A. JONES, | ) ) | |
| Defendant. | ) ) | |

## ORDER DENYING MOTION TO DISMISS

Pending before the Court is Defendant Donzell A. Jones's pro se motion to dismiss count two of indictmnet (Doc. 154) and U.S. Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 155). Defendant did not object to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, *see* L.R. 74.1(b), the Court ADOPTS the Report and Recommendation and DENIES Defendant's amended motion to dismiss.

**IT IS SO ORDERED.**

Date: <u>March 17, 2020</u>        <u>/s/ Greg Kays</u>
                                                                                                GREG KAYS, JUDGE
                                                                              UNITED STATES DISTRICT COURT