# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **United States of America,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 18-0188-01-CR-W-DGK |
| | ) |
| **Donzell Jones,** | ) |
| | ) |
| **Defendant.** | ) |

## REPORT AND RECOMMENDATIONS

Pending before the Court is the *pro se* motion (Doc. No. 171) of defendant Donzell Jones to dismiss for violation of the Speedy Trial Act, 18 U.S.C. Section 3161(c)(1). This case was scheduled for trial on the Court's Joint Criminal Jury Trial Docket scheduled to begin April 20, 2020, pursuant to the request of defendant Jones to continue the case to that docket (Doc. No. 94). As of April 1, 2020, the Speedy Trial Deadline for defendant Jones, as maintained by the Clerk of the Court, was July 16, 2020. Additionally, pursuant to the General Order entered by Chief Judge Phillips on March 24, 2020, due to the current COVID-19 Pandemic crisis, all criminal cases set for trial on the Court's Joint Criminal Jury Trial Docket scheduled to begin April 20, 2020, are to be continued, either by motion of a defendant or the Court's own motion, to the Court's Joint Criminal Jury Trial Docket scheduled to begin June 1, 2020. The General Order further provided that the time between the April 20, 2020 Joint Criminal Jury Trial Docket and June 12, 2020, the end of the June 1, 2020 Joint Criminal Jury Trial Docket, is to be excluded under the Speedy Trial Act, 18 U.S.C Section 3161(h)(7)(A). Accordingly, the Speedy Trial deadline for defendant Jones has not passed. For these reasons, it is

**RECOMMENDED** that the Court, after making an independent review of the record and applicable law, enter an order **DENYING** the *pro se* motion (Doc. No. 171) of defendant Donzell Jones to dismiss for violation of the Speedy Trial Act, 18 U.S.C. Section 3161(c)(1).

Counsel and parties are reminded that each has 14 days from the date of receipt of a copy of this report and recommendation to file and serve specific objections to the same. A failure to file and serve timely objections shall bar attack on appeal of the factual findings in this report which are accepted or adopted by the district judge except upon the ground of plain error or manifest injustice.

*/s/ John T. Maughmer*
**John T. Maughmer**
**United States Magistrate Judge**