# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-2227
_____

United States of America

Plaintiff - Appellee

v.

Donzell A. Jones

Defendant - Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:18-cr-00188-DGK-1)
_____

**JUDGMENT**

Before GRUENDER, WOLLMAN, and GRASZ, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

June 22, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans