IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:18-CR-00188-DGK-1 |
| DONZELL A. JONES, | ) ) ) | |
| Defendant. | ) | |

## ORDER DENYING MOTIONS TO DISMISS

Pending before the Court is Defendant Donzell A. Jones's pro se motion to dismiss (Doc. 214), and U.S. Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 234). After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, *see* L.R. 74.1(b), the Court ADOPTS the Report and Recommendation and DENIES Defendant's motions to dismiss.

**IT IS SO ORDERED.**

Date:  August 6, 2020                                         /s/ Greg Kays
                                                                           GREG KAYS, JUDGE
                                                                           UNITED STATES DISTRICT COURT