# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-00188-01-CR-W-DGK |
| ) | |
| DONZELL JONES, ) | |
| ) | |
| Defendant(s). ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGES**: The Grand Jury returned an indictment on August 30, 2019 that charged Defendant with two counts. Count One charges Defendant that on or about June 5, 2016, Defendant possessed a firearm having been convicted of a crime punishable by imprisonment for a term exceeding one year. Count Two charges Defendant that on or about June 5, 2016, Defendant received a firearm while knowingly under indictment for a crime punishable by imprisonment for a term exceeding one year.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:

    Government: Matthew Moeder

        Case Agent: James Manley

    Defendant is pro se with stand by counsel David Kelly, and Jared Peterson.

**OUTSTANDING MOTIONS**:
- Motion for exculpatory matter filed by Defendant on September 8, 2020. Doc 269.
- Motion in limine to prohibit mistake of law defense filed by the Government on September 11, 2020. Doc. 280.

- Motion to deny government's rule 609 notice filed by Defendant on September 22, 2020. Doc 283.

**TRIAL WITNESSES**:

    Government: 14 witnesses

    Defendants: 0 witnesses

**TRIAL EXHIBITS:**

    Government: approximately 40 exhibits

    Defendants: approximately 16 exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:

    ( X ) Definitely for trial; (__) Possibly for trial; (__) Likely a plea will be worked out

**TRIAL TIME: 5 days total**

    Government's case including jury selection: 2 day(s)

    Defendants: 3 day(s)

**STIPULATIONS**: None

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**

        Government previously filed its witness list (Doc. 274) and exhibit list (Doc 273) on September 9, 2020.

        Defendants: **Due on or before October 5, 2020.**

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before October 14, 2020.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine:** The Government has filed its only expected motion in limine on September 11, 2020. Doc. 280. Defendant does not anticipate filing any motions in limine.

**TRIAL SETTING**: Criminal jury trial docket set for October 19, 2020.

**Please note:** The Government has requested the second week of the Joint Criminal Trial Docket. Stand-by counsel also requested a setting on the second week of the docket. Defendant has no objection to this.

**IT IS SO ORDERED.**

DATE: October 1, 2020        ___*/s/ W. Brian Gaddy*_____
                                                              W. BRIAN GADDY
                                                               UNITED STATES MAGISTRATE JUDGE