IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DONZELL JONES, )<br>)<br>Defendant. ) | Case No. 18-00188-01-CR-W-DGK |

## ORDER

Pursuant to the Order Granting Motion for Continuance of Trial entered by the Honorable Greg Kays (Doc. 298), this matter is scheduled for a pretrial conference on November 12, 2020, at 1:30 p.m. in Courtroom 6D.  Trial will commence on November 30, 2020, at 8:30 a.m., in Courtroom 8D.

**IT IS SO ORDERED.**


DATE: October 20, 2020                /s/ W. Brian Gaddy
                                      W. BRIAN GADDY
                                      UNITED STATES MAGISTRATE JUDGE