IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 18-00188-01-CR-W-DGK |
| DONZELL A. JONES, | ) |
| Defendant. | ) |

## ORDER

Pending is Defendant Donzell Jones's Motion Requesting Transcripts. Doc. 308. Defendant, who is proceeding pro se in this matter, requests a copy of the transcript for the pretrial conference held on November 12, 2020. *Id*. at 1. The Government did not respond to Defendant's motion, and the time for doing so has passed. L.R. 7.0(c)(2).

The Court GRANTS Defendant's motion. A copy of the transcript for the pretrial conference held on November 12, 2020, will be mailed to Defendant as soon as it is available.

**IT IS SO ORDERED.**

DATE: March 10, 2021               */s/ W. Brian Gaddy*
                                   W. BRIAN GADDY
                                   UNITED STATES MAGISTRATE JUDGE