IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 18-00188-01-CR-W-DGK |
| | ) | |
| DONZELL A. JONES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending is Defendant Donzell Jones's Second Motion Requesting Transcripts. Doc. 312. Defendant, who is proceeding pro se in this matter, requests a copy of the transcript for the pretrial conference held on October 19, 2020. *Id*. at 1. Given that Defendant's request pertains to a pretrial conference held in anticipation of trial, the Court finds Defendant's request is reasonable. The Court GRANTS Defendant's motion. A copy of the transcript for the pretrial conference held on October 19, 2020, will be mailed to Defendant as soon as it is available.

IT IS SO ORDERED.

DATE: March 30, 2021         */s/ W. Brian Gaddy*
                             W. BRIAN GADDY
                             UNITED STATES MAGISTRATE JUDGE