IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-00188-01-CR-W-DGK |
| ) | |
| DONZELL A. JONES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending is Defendant Donzell Jones's Motion Requesting Defendant's Prior Record. Doc. 313. During the pretrial conference held on April 8, 2021, the Government confirmed that Defendant's criminal history records were already produced in this matter. Specifically, Defendant's criminal history record was produced in November 2018 (Bates numbered 35 through 113), and certified court records were produced on June 2020 (Bates numbered 269 through 311). Accordingly, the Court DENIES Defendant's motion as moot.

IT IS SO ORDERED.

DATE: April 20, 2021        /s/ W. Brian Gaddy
                            W. BRIAN GADDY
                            UNITED STATES MAGISTRATE JUDGE