# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 18-00188-01-CR-W-DGK |
| DONZELL A. JONES, ) | |
| Defendant. ) | |

## ORDER

Pending is Defendant Donzell Jones's Pro Se Motion Requesting to Appear Via Video. Doc. 322. Defendant asks that all pretrial proceedings be held via video conference due to the COVID-19 pandemic. Recently, this Court resumed in-person proceedings, but at the judge's discretion and subject to the defendant's consent, certain proceedings may be held via video conference. At this time, the only pretrial proceeding scheduled in this matter is a pretrial conference on September 2, 2021. *See* Doc. 320. The Court notes Defendant's request; however, the Court cannot forecast whether the pretrial conference, set to take place four months from now, can or will be held via video conference. Accordingly, Defendant's motion is DENIED.

IT IS SO ORDERED.

DATE: May 5, 2021         */s/ W. Brian Gaddy*
                          W. BRIAN GADDY
                          UNITED STATES MAGISTRATE JUDGE