# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:18-CR-00188-DGK-1 |
| DONZELL A. JONES, | ) ) | |
| Defendant. | ) ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

On August 26, 2021, the Honorable W. Brian Gaddy, United States Magistrate Judge for the Western District of Missouri, issued his Report and Recommendation (ECF No. 331), recommending that Defendant's guilty plea be accepted and that Defendant be adjudged guilty of being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), which is Count One of the Superseding Indictment.

Neither party objected to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). In light of the evidence in the record and the lack of objection from either party, the Court adopts the Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of being a felon in possession of a firearm. Sentencing will be set by subsequent order of the Court.

**IT IS SO ORDERED.**

Date: November 23, 2021

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT